IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAUL HUGULEY, a seaman,

    Plaintiff,

v.

CAPE LOOKOUT, INC., a Nevada Corporation, aka CAPE LOOKOUT SHRIMPING, INC., a former assumed Business name registered in the State of Oregon, and NORTH SEA, INC., a Nevada Corporation,

    Defendant.

Case No. 6:18-cv-00204-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 39), and the matter is now before this Court on Defendant's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Coffin's Findings and Recommendation (ECF No. 39) is adopted in full. Defendant's Motion for Summary Judgment (ECF No. 22) is denied.

IT IS SO ORDERED.

    DATED this 24th day of May, 2019.

                                                                     s/Michael J. McShane
                                                                      Michael McShane
                                                              United States District Judge